## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEUSCHEL<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–07976–ODW–KS<br><br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   2/3/23   |   16   |   Request for Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

CLARIFICATION OF THE ABOVE: Filer must have 2 separate identified "SEE ATTACHED". Filer must have an attachment of the caption of the Pleading as well. The attachment found is ONLY for the "TO:" area. Upon refiling with the attachment of case caption. Filer is to Identify the attachments according; e.g. " See attachment "A"; See attachment B". Refer to instructions on court's website under the summons form area.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –

Clerk, U.S. District Court

Date: February 6, 2023           By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                      Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –