AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central District of California

| | | |
|---|---|---|
| MICHAEL DEUSCHEL, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.    2:22-cv-07976-ODW-KS |
| Health Care Providers THE REGENTS OF THE UNIVERSITY OF CALIFORNIA INCLUDING UCLA, UCI, UCSD, UCSF, UC DAVIS; "see attachment A" | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Health Care Providers THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA INCLUDING UCLA, UCI, UCSD, UCSF, UC DAVIS
UC Legal - Office of the General Counsel
University of California
1111 Franklin Street, 8th Floor
Oakland, CA 94607
"see Attachment B"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hoyt E. Hart II (SBN 125088)
Attorney at Law
PO Box 675670
Rancho Santa Fe, CA  92067
(858) 756-1636
hoyth@prodigy.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     February 6, 2023

*Signature of Clerk or Deputy Clerk*

Attachment A

including
administrators and physicians
ANDREW VIVAS, M.D., ELIZABETH
LORDE, M.D., SHARON HAME,
M.D., OLCAY AKSOY, M.D., ISAAC
YANG, M.D., LEE TAN, M.D.,
CEDARS-SINAI MEDICAL CENTER
including administrators and
physicians ANCA M. BARBU, M.D.,
KEITH L. BLACK, M.D., CAROL
DOBASHI, ROBERT C. KLAPPER,
M.D., FRANTZ R. LEREBOURS,
M.D., CAROL A LIN, M.D., THOMAS
M. PRISELAC, MARK S. VRAHAS,
M.D., STANFORD HEALTH CARE,
including physician and
administrators SOPHIA LOO,
CHRISTINE BULNES,
CORRINA ZYGOURAKIS, M.D.;
UNIVERSITY OF SOUTHERN
CALIFORNIA KECK HOSPITAL,
including physician THOMAS CHEN,
M.D., SUTTER HEALTH including
physicians and administrators
GEORGE PICETTI, M.D., RUDOLPH
SCHROT, M.D.; DIGNITY HEALTH,
SAINT BERNARDINE MEDICAL
CENTER; and DOES ONE through
ONE HUNDRED inclusive,
Defendants.

## Attachment B

including administrators and physicians
ANDREW VIVAS, M.D.,
ELIZABETH LORDE, M.D.,
SHARON HAME, M.D.,
OLCAY AKSOY, M.D.,
ISAAC YANG, M.D.,
LEE TAN, M.D.,

CEDARS-SINAI MEDICAL CENTER
including administrators and physicians
ANCA M. BARBU, M.D.,
KEITH L. BLACK, M.D.,
CAROL DOBASHI,
ROBERT C. KLAPPER, M.D.,
FRANTZ R. LEREBOURS, M.D.,
CAROL A LIN, M.D.,
THOMAS M. PRISELAC,
MARK S. VRAHAS, M.D.,

STANFORD HEALTH CARE
including administrators and physicians
SOPHIA LOO,
CHRISTINE BULNES,
CORRINA ZYGOURAKIS, M.D.;

UNIVERSITY OF SOUTHERN
CALIFORNIA KECK HOSPITAL,
THOMAS CHEN, M.D.,

SUTTER HEALTH
GEORGE PICETTI, M.D.,
RUDOLPH SCHROT, M.D.;

DIGNITY HEALTH, SAINT BERNARDINE MEDICAL CENTER;

and DOES ONE through ONE HUNDRED inclusive,
Defendants.

Hoyt E. Hart II SBN 125088
Attorney at Law
PO Box 675670
Rancho Santa Fe, CA 92067
hoyth@prodigy.net
(858) 756-1636

Michael Deuschel
Plaintiff in Pro per
P.O. Box 1694
El Segundo, CA 90245
(323) 620-1231
mdeuschel@yahoo.com

UNITED STATES FEDERAL COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DEUSCHEL,
              Plaintiff,

vs.

Health Care Providers THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA INCLUDING UCLA,
UCI, UCSD, UCSF, UC DAVIS
MEDICAL CENTERS, including
administrators and physicians
ANDREW VIVAS, M.D., ELIZABETH
LORDE, M.D., SHARON HAME,
M.D., OLCAY AKSOY, M.D., ISAAC
YANG, M.D., LEE TAN, M.D.,
CEDARS-SINAI MEDICAL CENTER
including administrators and
physicians ANCA M. BARBU, M.D.,
KEITH L. BLACK, M.D., CAROL
DOBASHI, ROBERT C. KLAPPER,

Case No.:

2:22-cv-07976-ODW-KS

1

M.D., FRANTZ R. LEREBOURS, M.D., CAROL A LIN, M.D., THOMAS M. PRISELAC, MARK S. VRAHAS, M.D., STANFORD HEALTH CARE, including physician and administrators SOPHIA LOO, CHRISTINE BULNES, CORRINA ZYGOURAKIS, M.D.; UNIVERSITY OF SOUTHERN CALIFORNIA KECK HOSPITAL, including physician THOMAS CHEN, M.D., SUTTER HEALTH including physicians and administrators GEORGE PICETTI, M.D., RUDOLPH SCHROT, M.D.; DIGNITY HEALTH, SAINT BERNARDINE MEDICAL CENTER; and DOES ONE through ONE HUNDRED inclusive,

Defendants.

2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:22-cv-07976-ODW-KS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: