JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-07976-ODW (KSx) | Date | February 6, 2023 |
|---|---|---|---|
| Title | *Michael Deuschel v. The Regents of the Univ. of Cal. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**              **In Chambers**

Plaintiff filed the Complaint in this action on November 1, 2023.  (Compl., ECF No. 1.)  Pursuant to Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff was required to complete service on all twenty-six of his named Defendants within 90 days of filing the Complaint, in this case by January 30, 2023.  Fed. R. Civ. P. 4(m).  On January 31, 2023, having received no proof of service on any Defendant, the Court ordered Plaintiff to show cause why the Court should not dismiss this action based on Plaintiff's failure to timely serve the Complaint.  (OSC, ECF No. 14.)  On February 2, 2023, Plaintiff's counsel filed a declaration in response, stating that the failure to serve was the inadvertent result of Plaintiff's counsel's "very busy" trial schedule, and that counsel had arranged for "service to be made today [February 2, 2023,] if not completed already."  (Decl. Hoyt Hart ¶ 3, ECF No. 15.)  However, on February 3, 2023, Plaintiff requested the Clerk issue a summons, (ECF No. 16), so counsel's representation that service would be or was already completed on February 2, 2023, is demonstrably inaccurate.

Rule 4(m) requires a Court to dismiss a Complaint "[i]f a defendant is not served within 90 days after the complaint is filed . . . or order that service be made within a specified time."  Where "the plaintiff shows good cause for the failure," a court must "extend the time for service for an appropriate period."  *Id.*  Here, Plaintiff failed to serve within the 90-day period and did not request an extension of time to serve until prodded by the Court to explain his failure.  Further, Plaintiff's counsel's representations that service would be or had already been completed are demonstrably inaccurate, as Plaintiff requested a summons the day *after* counsel's representations.  Under the circumstances, the Court finds that Plaintiff has not demonstrated good cause for an extension of time to serve the Complaint.  Accordingly, the Court, in its discretion, **DISMISSES** this action without prejudice.  When Plaintiff is ready and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-07976-ODW (KSx) | Date | February 6, 2023 |
|---|---|---|---|
| Title | *Michael Deuschel v. The Regents of the Univ. of Cal. et al.* | | |

Plaintiff's counsel is not too busy to proceed, Plaintiff may refile his case. All dates are vacated. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

:     00

Initials of Preparer     SE